IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RE: Robert and Rebecca Anderson, III

APPLICATION FOR ATTORNEY FEE

    1. Comes JAMES R. PATE, Attorney for the debtor(s), and states that she/he has or will perform the following legal services for the debtor(s) in the prosecution of this case, to-wit: preliminary meetings with and counseling of debtor(s); preparation and filing of petition, schedules, plan and any other required statements or support documentation; attendance of 341(a) meeting of creditors; and any and all other services reasonably necessary for obtaining initial confirmation of the plan, including, only by way of example, the handling of confirmation hearings, negotiations with creditors and other parties in interest, motions to dismiss, motions for relief from stay, and reconfirmation modifications to the Plan.

    2. Petitioner has reached the following arrangement with the debtor(s) that the Court allow a total fee of $2500.00 for said services rendered to date and the routine duties required for the completion of the plan and that the fee be distributed as follows:

```
TOTAL FEE:                                          $__2500.00__
COPYING CHARGE FEE:                                 $     50.00
LESS FEE ALREADY RECEIVED
(does not include filing fee):                      $____650.00__
TOTAL ATTORNEY FEE TO BE PAID BY TRUSTEE:  $___1900.00___
```

    3. Petitioner further states that no understanding nor agreement has been made directly to indirectly for the division of fees between petitioner and debtor or any person, firm, or corporation.

    4. Debtor and petitioner agree that the Trustee shall first pay administrative costs, then an initial fee to the petitioner of $600.00 from funds paid in by the debtor, after administrative costs have been paid, and the remaining fee at the rate of 10% of the total disbursed to creditors each month.

    Respectfully Submitted,

APPROVED BY:

/s/ James R. Pate
Attorney at Law
/s/ Robert Anderson, III_____    P. O. Box 1004
Debtor                            Russellville, AR 72811

/s/ Rebecca Anderson_____
Debtor


_____
Trustee
APPROVED FEES:  $_____      _____
                                U.S. BANKRUPTCY JUDGE